October 27, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

JOSEPH PEINE, Appellant

NO. 14-14-00412-CV                 V.

HIT SERVICES L.P., WOOD GROUP USA, INC., JOHN WOOD GROUP PLC, WOOD GROUP POWER GP, LLC, AND WOOD GROUP MANAGEMENT SERVICES, INC., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, HIT Services L.P., Wood Group USA, Inc., John Wood Group PLC, Wood Group Power GP, LLC, and Wood Group Management Services, Inc., signed May 14, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Joseph Peine, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.